UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2081
(2:18-cv-00152-DCN-BM)

_____

Wendy Iacobucci,

      Plaintiff-Appellant,

      Versus

Town of Bonneau, Franco Fuda, and Bonneau Police Department,

      Defendants-Appellees.

_____

## MOTION TO DISMISS
_____

The Defendant Franco Fuda, with the consent of all parties hereto, moves the Court to dismiss the above referenced matters pursuant to FRAC 42(b).

| | |
|---|---|
| **April 9, 2020** | **/s/ Elloree A. Ganes**  <br>Elloree A. Ganes (9022)  <br>Deborah Harrison Sheffield, Of counsel (2757)  <br>HOOD LAW FIRM, LLC  <br>172 Meeting Street  <br>Post Office Box 1508  <br>Charleston, SC  29402  <br>Ph: (843) 577-4435  <br>Fax: (843) 722-1630  <br>Email: Info@hoodlaw.com  <br>***Attorney for Franco Fuda*** |